**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

KENDALE L. WISE,                 : No. 187 MM 2014
                                   :
                Petitioner        :
                                     :
                                     :
                v.                  :
                                     :
                                     :
THE COURT OF COMMON PLEAS OF    :
DAUPHIN COUNTY, PENNSYLVANIA,    :
                                     :
                Respondent       :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 6th day of January, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus, the Application for an Immediate Hearing, and the Motion to Preserve Photographic Exhibits is **DENIED**.